IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                    No.  5:09MJ5071-001

ONYEBUCKI ODUNUKWE                                                    DEFENDANT

**O R D E R**

At the initial appearance conducted on the criminal complaint, the defendant agreed to waive the issues of probable cause and detention pending the final disposition of the case; accordingly, the court considers the matters waived. The defendant is detained, subject to reconsideration on motion of defendant.

SO ORDERED this 7th day of October, 2009.

**/s/ J. Marschewski**
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE